# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

DEC 15 2006

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

|  |  |
|---|---|
| BOBBY N. WOODY,<br><br>*Plaintiff,*<br><br><br>v.<br><br><br>JO ANNE B. BARNHART, COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>*Defendant.* | CASE NO. 6:05-CV-00045<br><br><br><br>ORDER<br><br><br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on the cross motions for summary judgment. The matter was referred to The Honorable Michael F. Urbanski, United States Magistrate Judge, for a Report and Recommendation, which was filed on August 14, 2006. No objections to the Report were filed.

The Report is hereby ADOPTED in its full as the opinion of this Court. The Plaintiff's motion for summary judgement is GRANTED. The Defendant's motion is DENIED. The decision of the Commissioner is REVERSED and the case is REMANDED for further administrative hearings consistent with the Magistrate's Report. This case shall be stricken from the docket of this court.

The Clerk of the Court is directed to send a certified copy of this Order to all counsel of record.

ENTERED: _____

U.S. District Judge

December 15, 2006

Date